Amir J. Goldstein, Esq. (SBN: 255620)
The Law Offices of Amir J. Goldstein, Esq.
ajg@consumercounselgroup.com
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

Sidney H. Mickell, Esq. (SBN: 120027)
The Law Offices of Sidney H. Mickell
sidhmickell@aol.com
750 South Lincoln Ave. #104-107
Corona, CA 92882
Tel 323.309.1137

Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| COLLEEN GORDON, | ) CASE NO.:  14-CV-00029-JGB |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| PACIFIC ACQUISITIONS & ASSOCIATES, LLC and DOES 1 through 10 inclusive, | ) |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff COLLEEN GORDON and Defendant PACIFIC ACQUISITIONS & ASSOCIATES, LLC have reached a

settlement in the above-captioned case. The parties will file a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is completed.

Dated: May 5, 2014              Respectfully Submitted,


                                Law Office of Amir J. Goldstein, Esq.
                                  /s/ Amir J. Goldstein
                                Amir J. Goldstein, Attorney for Plaintiff



                                Law Office of Sidney H. Mickell, Esq.
                                  /s/ Sidney H. Mickell
                                Sidney H. Mickell, Attorney for Defendant