# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN GORDON,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC ACQUISITIONS & ASSOCIATES, LLC and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO.: 14-CV-00029-JGB<br><br>**ORDER OF DISMISSAL** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

/S/ Amir J. Goldstein
Amir J. Goldstein Esq.
Attorney for Plaintiff
5455 Wilshire Blvd., Suite 1812
Los Angeles, California 90036
Tel: 323.937.0400
Fax: 866.288.9194

/S/ Sidney H. Mickell
Sidney H. Mickell
Attorney for Defendant
750 South Lincoln Ave. #104-107
Corona, CA 92882
Tel 323.309.1137

SO ORDERED:

Dated: August 12, 2014

_____
U.S. District Judge Jesus G. Bernal